UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CARD ACTIVATION TECHNOLOGIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TJX COMPANIES, INC. )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 07-cv-6289<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Jeffrey Cole |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on Thursday, January 3, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Ronald A. Guzman, or such other judge as may be sitting in his stead, in the courtroom usually occupied by him, in Room 1219 of the U.S. District Court of the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, and shall then and there present for hearing ***Joint Motion to Reschedule Initial Status Hearing***, a copy of which is served upon you.

                                            Respectfully submitted,

                                            THE TJX COMPANIES, INC.

                                            By:    /s/Stephen P. Mandell
                                                        One of Its Attorneys

Steven P. Mandell *(ARDC #6183729)*
**Mandell Menkes LLC**
333 W. Wacker Drive, Ste. 300
Chicago, Illinois 60606
(312) 251-1000

167057