**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Card Activation Technologies, Inc.
                               Plaintiff,

v.                                                Case No.: 1:07−cv−06289
                                                                Honorable Ronald A. Guzman

The TJX Companies, Inc.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 2, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Motion by Plaintiff Card Activation Technologies, Inc., Defendant The TJX Companies, Inc. to reset Initial Status Hearing [8] is granted. Status hearing set for 1/11/08 is reset to 2/27/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.