IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARD ACTIVATION TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-CV-6289 |
| v. | ) ) | Judge Guzman |
| THE TJX COMPANIES, INC, | ) ) | Magistrate Judge Cole |
| Defendant | ) ) ) | |

**CORPORATE DISCLOSURE STATEMENT
OF THE TJX COMPANIES, INC.**

Pursuant to Fed. R. Civ. P. 7.1, Defendant The TJX Companies, Inc. ("TJX") hereby files its corporate disclosure statement. TJX has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

THE TJX COMPANIES, INC.

By:____/s/ Steven P. Mandell_____
One of its Attorneys

Steven P. Mandell (ARDC # 6183729)
Stephen J. Rosenfeld (ARDC # 6216769)
Natalie A. Harris (ARDC # 6272361)
MANDELL MENKES LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
312-251-1000

Dalila Argaez Wendlandt
ROPES & GRAY LLP
One International Plaza
Boston, MA 02110-2624
617-951-7000

*Attorneys for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused the foregoing ***CORPORATE DISCLOSURE STATEMENT OF THE TJX COMPANIES, INC.***, to be served on:

>Keith H. Orum
>Mark D. Roth
>**ORUM & ROTH, LLC**
>53 West Jackson Blvd.
>Suite 1616
>Chicago, IL 60604
>(312) 922-6262

by ECF on this 21st day of February, 2008.

By:   /s/ Steven P. Mandell