# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |  |
|---|---|---|
| CARD ACTIVATION TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-cv-6289 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| THE TJX COMPANIES, INC. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF FILING

**TO:**   Steven P. Mandell
Stephen J. Rosenfeld
Natalie A. Harris
**MANDELL MENKES LLC**
333 West Wacker Drive, Suite 300
Chicago, Illinois  60606

PLEASE BE ADVISED that we have on February 22, 2008 caused to be filed **Answer to Affirmative Defenses and Counterclaims**.

/Mark D. Roth/

## PROOF OF SERVICE

I, Mark D. Roth, an attorney, certify that I served **Answer to Affirmative Defenses and Counterclaims** via ECF notification to above counsels of record on February 22, 2008.

/Mark D. Roth/

Mark D. Roth
ORUM & ROTH, LLC
53 W. Jackson Blvd.
Suite 1616
Chicago, Illinois 60604
(312) 922-6262