## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Card Activation Technologies, Inc.
                              Plaintiff,

v.                                                 Case No.: 1:07−cv−06289
                                                 Honorable Ronald A. Guzman

The TJX Companies, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge Ronald A. Guzman Status hearing set for 2/27/2008 is stricken and reset for 3/10/2008 at 9:30 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.