UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CARD ACTIVATION TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) Civil Action No. 07-cv-6289 |
| v. | ) Judge Ronald A. Guzman |
| THE TJX COMPANIES, INC. | ) Magistrate Judge Jeffrey Cole |
| Defendant. | ) |

## APPEARANCE

The undersigned attorney hereby enters her appearance on behalf of Plaintiff, CARD ACTIVATION TECHNOLOGIES, INC.

By:   /s/ Beata Bukranova

Attorney for Plaintiff

Mark D. Roth
Beata Bukranova
ORUM & ROTH, LLC
53 W. Jackson Blvd.
Suite 1616
Chicago, IL 60604
(312) 922-6262